UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID YURMAN ENTERPRISES LLC, DAVID YURMAN IP LLC, AND YURMAN RETAIL NORTH AMERICA LLC, | ) ) ) ) |
| Plaintiffs, | ) C.A. No. 1:21-cv-10821 ) |
| v. | ) ) |
| MEJURI, INC. and MEJURI (US), INC., | ) ) |
| Defendants. | ) |

## **PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs David Yurman Enterprises LLC, David Yurman IP LLC, and Yurman Retail North America LLC certifies that:

1. David Yurman Enterprises LLC is a privately held corporation, and no publicly held company owns 10% or more of its stock.

2. David Yurman IP LLC is wholly owned by David Yurman Enterprises LLC, and no publicly held company owns 10% or more of its stock.

3. Yurman Retail North America LLC is wholly owned by David Yurman Retail LLC, which is wholly owned by David Yurman Enterprises LLC, and no publicly held company owns 10% or more of its stock.

Dated: December 17, 2021
      New York, New York

Respectfully submitted,

/s/ *Leslie A. Demers*
Leslie A. Demers

John M. Neukom (*pro hac vice* forthcoming)
SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP
525 University Avenue
Palo Alto, California 94301
Tel.: (650) 470-4500
Fax: (650) 470-4570
john.neukom@skadden.com

Leslie A. Demers
David M. Lamb
SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP
One Manhattan West
New York, New York 10001
Tel.: (212) 735-3000
Fax: (212) 735-2000
leslie.demers@skadden.com
david.lamb@skadden.com

*Attorneys for Plaintiffs David Yurman Enterprises LLC, David Yurman IP LLC, and Yurman Retail North America LLC*