UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID YURMAN ENTERPRISES LLC, DAVID YURMAN IP LLC, AND YURMAN RETAIL NORTH AMERICA LLC, | ) ) ) ) |
| Plaintiffs, | ) C.A. No. 1:21-cv-10821 ) |
| v. | ) ) ) |
| MEJURI, INC. and MEJURI (US), INC., | ) ) |
| Defendants. | ) |

## MOTION FOR ADMISSION PRO HAC VICE OF JOHN M. NEUKOM

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, John M. Neukom hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for David Yurman Enterprises LLC, David Yurman IP LLC, and Yurman Retail North America LLC in the above-captioned action.

I am in good standing with the bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached a supporting declaration pursuant to Local Rule 1.3.

Dated: December 17, 2021

Respectfully submitted,

 /s/ *John M. Neukom*
John M. Neukom
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301-1908
Tel: (650) 470--4500
Fax: (650) 470-4570
john.neukom@skadden.com