UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID YURMAN ENTERPRISES LLC, DAVID YURMAN IP LLC, AND YURMAN RETAIL NORTH AMERICA LLC, | ) ) ) ) |
| Plaintiffs, | ) C.A. No. 1:21-cv-10821 |
| v. | ) ) ) |
| MEJURI, INC. and MEJURI (US), INC., | ) ) |
| Defendants. | ) |

### DECLARATION OF JOHN M. NEUKOM IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, John M. Neukom, hereby declare as follows:

1. I am an attorney with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP in Palo Alto, California. I make this declaration based upon my personal knowledge of the facts set forth herein.

2. I submit this declaration in support of the motion to admit me *pro hac vice* before the United States District Court for the Southern District of New York to represent David Yurman Enterprises LLC, David Yurman IP LLC, and Yurman Retail North America LLC in the above-captioned action.

3. I am in good standing with the bar of the State of California.

4. A true and correct copy of a certificate of good standing issued by the Supreme Court of California is attached to this declaration.

5. There are no pending disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have never been convicted of a felony.

6. I understand that if I am admitted *pro hac vice*, I will be subject to the disciplinary jurisdiction of the United States District Court for the Southern District of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 17, 2021
Palo Alto, California

/s/ *John M. Neukom*
John M. Neukom