

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### JOHN McMAKIN NEUKOM

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that JOHN McMAKIN NEUKOM, State Bar no. 275887, was on the 16TH day of May, 2011, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 9TH day of December, 2021.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____
*Simone Voltz, Supervising Deputy Clerk*