UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID YURMAN ENTERPRISES LLC, DAVID YURMAN IP LLC, AND YURMAN RETAIL NORTH AMERICA LLC, | ) ) ) ) |
| Plaintiffs, | ) C.A. No. 1:21-cv-10821 ) |
| v. | ) ) |
| MEJURI, INC. and MEJURI (US), INC., | ) ) |
| Defendants. | ) |

## [PROPOSED] ORDER ON MOTION FOR ADMISSION PRO HAC VICE OF JOHN M. NEUKOM

The Motion For Admission Pro Hac Vice of John M. Neukom in the above captioned case is granted. Applicant has declared that he is a member in good standing of the bar of the State of California and that his contact information is as follows:

  John M. Neukom
  SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
  525 University Avenue, Suite 1400
  Palo Alto, California 94301-1908
  Tel:  (650) 470--4500
  Fax:  (650) 470-4570
  john.neukom@skadden.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for David Yurman Enterprises LLC, David Yurman IP LLC, and Yurman Retail North America LLC in the above captioned case.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: December \_\_\_, 2021

_____
UNITED STATES DISTRICT JUDGE