### Skadden, Arps, Slate, Meagher & Flom llp

One Manhattan West
New York 10001
———
Tel: (212) 735-3000
Fax: (212) 735-2000
www.skadden.com

direct dial
(212) 735-3493
direct fax
(917) 777-3493
email address
Leslie.Demers@skadden.com

firm/affiliate offices
———
Boston
Chicago
Houston
Los Angeles
Palo Alto
Washington, D.C.
Wilmington
———
Beijing
Brussels
Frankfurt
Hong Kong
London
Moscow
Munich
Paris
São Paulo
Seoul
Shanghai
Singapore
Tokyo
Toronto

January 7, 2022

**<u>VIA ECF</u>**
Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

     RE: *David Yurman Enterprises LLC et al. v. Mejuri, Inc. et al.*,
        C.A. No. 1:21-cv-10821-RA – <u>Request for Extension of
        Time to Respond to Complaint</u>

Dear Judge Abrams,

   We represent Plaintiffs David Yurman Enterprises LLC, David Yurman IP LLC, and Yurman Retail North America LLC ("Plaintiffs") in the above-referenced matter. Counsel for Defendants Mejuri, Inc. and Mejuri (US), Inc. ("Defendants"), who have not yet appeared, have requested an extension of time in which to answer or otherwise respond to the Complaint.

   Plaintiffs effected service on Defendants, and Defendants' responses are currently due on January 11, 2022 (for Defendant Mejuri, Inc.) and January 26, 2022 (for Defendant Mejuri (US), Inc.). Defendants have requested an extension of both deadlines to March 4, 2022. Plaintiffs have agreed to this requested extension, and respectfully ask the Court to grant this request.

   This is Defendants' first request to extend the deadline to answer or otherwise respond to the Complaint, and the request does not affect any other scheduled date.

Hon. Ronnie Abrams
January 7, 2022
Page 2

      We appreciate the Court's consideration of this request.

                                 Respectfully submitted,

                                 Leslie Demers