**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DAVID YURMAN ENTERPRISES LLC, DAVID YURMAN IP LLC, AND YURMAN RETAIL NORTH AMERICA LLC,

Plaintiffs,

v.

MEJURI INC. and MEJURI (US), INC.,

Defendants & Counterclaim-Plaintiffs.

C.A. No. 1:21-cv-10821-RA

**DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.l of the Federal Rules of Civil Procedure, Defendant Mejuri Inc. states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Defendant Mejuri (US), Inc. states that it is wholly owned by Mejuri (US) Holdings Inc., which, in turn, is wholly owned by Mejuri Inc., and no publicly held corporation owns 10% or more of the stock of either entity.

Dated: March 4, 2022

Respectfully submitted,

*/s/ Christopher R. Noyes*
Christopher R. Noyes
P. Samuel Callaghan (*pro hac vice* forthcoming)
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888

Vinita Ferrera (*pro hac vice* forthcoming)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

*Counsel for Mejuri Inc. and Mejuri (US), Inc.*