UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID YURMAN ENTERPRISES LLC, DAVID YURMAN IP LLC, AND YURMAN RETAIL NORTH AMERICA LLC,<br><br>                      Plaintiffs,<br><br>    v.<br><br>MEJURI, INC. AND MEJURI (US), INC.,<br><br>                      Defendants. | Case No. 1:21-cv-10821-RA |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4, I, Leslie A. Demers, hereby move this Court for leave to withdraw as counsel for plaintiffs David Yurman Enterprises LLC, David Yurman IP LLC, and Yurman Retail North America LLC ("Plaintiffs") in the above-captioned action. Withdrawal is necessary because Skadden, Arps, Slate, Meagher & Flom LLP will no longer represent Plaintiffs in this action. In connection with the withdrawal, the clerk is respectfully requested to remove my name from the CM/ECF service list for this matter.

Plaintiffs will continue to be represented by lead counsel of record, Jay Neukom, who has joined Debevoise & Plimpton LLP ("Debevoise"), and will also be represented by Megan Kathleen Bannigan and Marissa P. MacAneney of Debevoise. My withdrawal will not occasion a request for an extension of any deadlines in this case. I am not asserting a retaining or charging lien. A proposed order is attached for the Court's convenience.

Dated: New York, New York
April 1, 2022

Respectfully submitted,

 /s/ *Leslie A. Demers*
Leslie A. Demers
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
One Manhattan West
New York, NY 10001
(212) 735-3000 (phone)
(212) 735-2000 (fax)
leslie.demers@skadden.com

*Counsel for Plaintiffs David Yurman Enterprises LLC, David Yurman IP LLC, and Yurman Retail North America LLC*