UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID YURMAN ENTERPRISES LLC, DAVID YURMAN IP LLC, and YURMAN RETAIL NORTH AMERICA LLC,

                Plaintiffs,

v.

MEJURI, INC., and MEJURI (US), INC.,

                Defendants.

21-cv-10821 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On February 6, 2023, the Court granted the parties' joint request and ordered that the timeline for the completion of discovery be extended. *See* Dkt. 39. Fact discovery is now scheduled to conclude on March 30, 2023. Accordingly, the telephonic post-fact discovery conference previously scheduled for Friday, March 17, 2023 is hereby adjourned to April 17, 2023 at 11:30 a.m.; Call-In Number: (888) 363-4749; Access Code: 1015508#. No later than one week in advance of the conference, the parties shall submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

SO ORDERED.

Dated:    March 10, 2023
             New York, New York

                                                        Hon. Ronnie Abrams
                                                        United States District Judge